**Order entered April 2, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00116-CR

**CLETERRION DENGELO MOSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75925-V**

## ORDER

Before the Court is appellant's March 27, 2019 second motion for extension of time to file his pro se response to counsel's *Anders* brief. We **GRANT** the motion and extend the time to file appellant's pro se response to **May 3, 2019**.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to counsel for all parties.

We further **DIRECT** the Clerk to send a copy of this order, by first class mail, to Cleterrion Dengelo Mosby; TDCJ # 02222201; Beto Unit; 1391 FM 3328; Palestine, Texas 75880.

/s/    LANA MYERS
       JUSTICE